FILED

APR 04 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| vs. | ) | CASE NUMBER 17-CR-40023-JPG |
| SONNY D. SOUTHALL, Defendant. | ) | Title 18, United States Code, Section 751(a) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
ESCAPE FROM FEDERAL CUSTODY

On or about January 20, 2017, in Williamson County, Illinois, within the Southern District of Illinois,

SONNY D. SOUTHALL,

defendant herein, did knowingly escape from custody at Centerstone Halfway House, also known as The H Group, in Marion, Illinois, a facility under contract with the Federal Bureau of Prisons to house federal inmates, in which he was lawfully confined at the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Southern District of Illinois upon conviction for Unlawful Possession of a Firearm by a Felon in violation of Title 18, United States Code, Sections 922(g)(1); all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

[redacted]

FOREPERSON

DONALD S. BOYCE
United States Attorney

JAMES M. CUTCHIN
Assistant United States Attorney

Recommended Bond: Detention